UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEONA BRUNO** | \* CIVIL ACTION NO.: |
| | \* |
| | \* JUDGE: |
| **VERSUS** | \* |
| | \* MAGISTRATE JUDGE |
| | \* |
| **ABC INSURANCE COMPANY, AND** | \* |
| **ANHEUSER-BUSCH, LLC** | \* JURY TRIAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF REMOVAL**
(JURY DEMAND)

PLEASE TAKE NOTICE, Defendant, Anheuser-Busch, LLC, by and through undersigned counsel, hereby submit Notice of Removal of the state court action referenced herein to the United States District Court for the Middle District of Louisiana, pursuant to 28 U.S.C. § 1332, 1441, and 1446. In support of its removal, Defendant respectfully avers as follows:

**I.    BACKGROUND**

1.

On January 22, 2021, Plaintiff Leona Bruno ("Plaintiff"), filed a Petition entitled "Leona Bruno vs. ABC Insurance Company and Anheuser-Busch, LLC," bearing docket number 703943, in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana ("the State proceeding").

2.

Defendant was given a courtesy copy of suit. To date, Defendant cannot confirm it was served with Plaintiff's Petition. Nevertheless and out of an abundance of caution, Defendant files

this Notice of Removal and Consents to the same.

3.

This suit involves an accident on February 12, 2020. In the state proceeding, Plaintiff alleges she was operating an 18-wheeler on Interstate 10 in Baton Rouge Louisiana in the course and scope of her employment with Crete Carrier. She was carrying a trailer filled with alcoholic picked up from Anheuser-Busche, LLC distribution center. Plaintiff applied her brakes and the load of the alcohol shifted forward, breaking through the trailer and crashing into the cab of her tractor. (Pet. ¶3). [1] She alleges Defendant failed to secure the load among other allegations of negligence. (Pet. ¶5). [1] She alleges general and special damages due to the crash.

## II.  GROUNDS FOR REMOVAL

*Complete Diversity of Citizenship Exists Between Plaintiff and Properly Joined Defendant*

4.

Pursuant to 28 U.S.C. § 1332, this court has jurisdiction over this matter based upon complete diversity of citizenship among the Plaintiff and the properly joined Defendant, Anheuser-Busch, LLC and the Plaintiff in-intervention, Crete Carrier Corporation.

5.

Plaintiff is domiciled and a resident of the Parish of Lafayette, State of Louisiana as alleged in her Petition (Pet. ¶1). [1]

6.

Plaintiff in-intervention, Crete Carrier Corporation, upon information and belief, was incorporated in the State of Texas with its principal place of business in Nebraska.

---

[1]   *See* Exhibit A, Plaintiff's Petition for Damages.

7.

Defendant, Anheuser-Busch, LLC, is a foreign company with its principal place of business in Missouri. Anheuser-Busch, LLC is a wholly owned subsidiary of Anheuser-Busch, Companies, LLC which a principal place of business in Missouri. Anheuser-Busch, Companies, LLC is a wholly owned subsidiary of Anheuser-Busch InBev Worldwide, Inc., which was incorporated in Delaware with a principal place of business in Missouri. Accordingly, Plaintiff and Intervenor are diverse from Defendant.

*The Amount in Controversy Requirement is Satisfied*

8.

The amount in controversy exceeds $75,000, exclusive of interests and costs pursuant to 28 U.S.C. § 1332. Plaintiff's Petition Paragraph 7 alleges her damages exceed $50,000. She claims entitlement to medical expenses, lost wages, loss of earning capacity and future general and special damages.[1] Plaintiff's counsel also recently advised she had undergone shoulder surgery. Based on this information, the alleged amount in controversy exceeds $75,000.

9.

Because there is complete diversity of citizenship between Plaintiff, Plaintiff in-intervention and the Defendant, Anheuser-Busch, LLC, and because the amount in controversy exceeds $75,000, exclusive of interests and costs, this court has jurisdiction over the civil action pursuant to 28 U.S.C. § 1332, and accordingly, this action may be removed to this Honorable Court pursuant to 28 U.S.C. § 1441 and 1446.

*The Other Prerequisites for Removal have been Satisfied*

10.

The Notice of Removal, filed on July 9, 2021, is timely. 28 U.S.C. § 1446(b). At the time of removal, Defendant cannot confirm it has been properly served with the Petition and thus files this removal out of an abundance of caution. Accordingly, this removal is timely.

11.

The United States Court for the Middle District of Louisiana is the federal judicial district embracing the 19th Judicial District Court, Parish of East Baton Rouge in the State of Louisiana where suit was originally filed. Venue is therefore proper in this district court pursuant to 28 U.S.C. § 1441(a).

12.

The state proceedings may be removed to a federal court in the Middle District of Louisiana because complete diversity of citizenship between the properly joined parties exists and the amount in controversy exceeds statutory requirements.

**III.   Other Procedural Matters**

13.

A copy of this Notice of Removal is being served on Plaintiff's attorney of record in the state proceeding, attorney of record for Plaintiff in-intervention Crete Carriers and is being filed with the 19th Judicial District Court, Parish of East Baton Rouge. 28 U.S.C. § 1446(d).

14.

By filing this Notice of Removal, Defendant does not waive, and hereby reserve all defenses to Plaintiff's Petition, including but not limited to, failure to state a claim, improper venue and/or insufficiency of service of process.

**WHEREFORE**, Defendant, Anheuser-Busch, LLC, prays for removal of the above captioned matter from the docket of the 19th Judicial District Court, State of Louisiana, to the docket of the United States District Court for the Middle District of Louisiana, and for trial by jury and other determinations as required by law. Defendant further prays that this Court enter such orders and issue such process as may be proper to bring before it such state court proceeding, and to thereupon proceed with this civil action as if it had been commenced originally in this Honorable Court.

Respectfully Submitted by:

*/s/ Jen A. O'Connell*
Marvin H. Olinde (Bar Roll No. 07402)
Jen A. O'Connell (Bar Roll No. 34700)
TAYLOR WELLONS POLITZ & DUHE, APLC
4041 Essen Lane, Suite 500
Baton Rouge, LA  70809
Telephone:  (225) 387-9888
Fax:  (225) 387-9886
joconnell@twpdlaw.com
molinde@twpdlaw.com
COUNSEL FOR ANHEUSER-BUSCH, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing corrected notice as to the complete case caption has this same date been served on all known counsel of record in this proceeding by Electronic Mail-CM/ECF System this 8th day of July, 2021 (the original notice was served on the 8th day of July, 2021).

/s/ Jen A. O'Connell
TAYLOR, WELLONS, POLITZ & DUHE