| | | |
|---|---|---|
| **LEONA BRUNO** | * | DOCKET NUMBER: |
| | * | 19TH JUDICIAL DISTRICT COURT |
| **VERSUS** | * | PARISH OF EAST BATON ROUGE |
| **ABC INSURANCE COMPANY, and ANHEUSER-BUSCH, LLC** | * | STATE OF LOUISIANA |

## PETITION

NOW INTO COURT, through undersigned counsel, comes **LEONA BRUNO**, resident of the Parish of Lafayette, State of Louisiana, who with respect represent:

1.

Made defendants herein are:

A.  **ABC INSURANCE COMPANY**, a fictitious name for a foreign insurer licensed to do and doing business within the State of Louisiana, which at all times relevant herein provided coverage for the liabilities and faults of the employees, agents and/or representatives of **ANHEUSER-BUSCH, LLC**; and

B.  **ANHEUSER-BUSCH, LLC** a foreign company domiciled at 1 Busch Place, St. Louis, MO 63118, with its principal place of business located at licensed to do and doing business in the State of Louisiana.

2.

On or about February 12, 2020, Petitioner **LEONA BRUNO** was operating an 18-wheeler in a safe and prudent fashion on Interstate 10 in East Baton Rouge Parish, State of Louisiana, while in the course and scope of her employer, Crete Carrier.

3.

At the same time, Petitioner **LEONA BRUNO** was carrying a trailer filled with alcoholic beverages that she picked up from the **ANHEUSER-BUSCH, LLC** distribution center located at 1902 S. 16th Street, La Porte, TX 77571, which was loaded into the trailer by Defendant **ANHEUSER-BUSCH, LLC**'s employees.

4.

After traffic required Petitioner to apply her brakes, the load of alcohol beverages she picked up from Defendant **ANHEUSER-BUSCH, LLC** shifted forward, breaking through the trailer, and crashing into the cab of the 18-wheeler, resulting severe and permanent injuries to Petitioner, **LEONA BRUNO**.

EXHIBIT
A

5.

The above-described incident resulted from the fault and/or negligence of **ANHEUSER-BUSCH, LLC**, its employees, agents, and/or representatives in the following non-exclusive particulars:

A. Failing to safely secure the load of alcoholic beverages which shifted and caused the subject incident;

B. In failure of **ANHEUSER-BUSCH, LLC** to properly supervise, train and instruct its employees, agents and/or representatives as to safe securing practices;

C. In otherwise failing to maintaining safe practices in storing and/or securing loads;

D. In failing to detect and cure a dangerous and known hazard;

E. In failing to appropriately warn and guard against a known hazard; and

F. Any and all other acts of negligence and/or legal fault which will be proved at the trial on the merits.

6.

As a result of the above described incident, petitioner, **LEONA BRUNO** sustained serious and permanent injuries that have resulted in past and future physical and mental pain and suffering, permanent disability and disfigurement, loss of enjoyment of life, past and future loss of earnings and loss of earning capacity, that has necessitated that she incur medical expenses, both past and future, and any and all other damages available under Louisiana law, including property damage, all of which entitles her to recover a sum reasonable in the premises.

7.

At this time, damages in this matter exceed $50,000.00. Plaintiff reserves her right to amend this petition.

**WHEREFORE**, Petitioner, **LEONA BRUNO**, prays that a certified copy of this complaint be served upon defendants, **ABC INSURANCE COMPANY** and **ANHEUSER-BUSCH, LLC** and that after due proceedings are had there be judgment herein in favor of petitioner, **LEONA BRUNO**, and against defendants, **ABC INSURANCE COMPANY** and **ANHEUSER-BUSCH, LLC**, jointly, severally and in solido in a sum reasonable in the premises together with legal interest from the date of judicial demand until paid and for all cost of these proceedings.

Respectfully submitted,

BROUSSARD & DAVID, L.L.C.

_____
J. Derek Aswell (Bar Roll #32324)
557 Jefferson Street
Lafayette, Louisiana 70501
(337) 233-2323 - Telephone
(337) 233-2353 - Fax
ATTORNEY FOR LEONA BRUNO

**PLEASE SERVE:**

**ANHEUSER-BUSCH, LLC**
Through Agent for Service of Process
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816